**U.S.A. vs. Dalia Benita Bustos**                                    **Docket No. 5:23-CR-170-2D**

### Petition for Action on Supervised Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dalia Benita Bustos, who, upon an earlier plea of guilty to Possession With the Intent to Distribute a Quantity of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(C), and 18 U.S.C. § 2, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on March 6, 2025, to the custody of the Bureau of Prisons for a term of 12 months and one day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Dalia Benita Bustos was released from custody on September 29, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 26, 2026, the defendant committed the criminal act of Felony Hit and Run Injury (26CR 243010) in Alamance County, North Carolina. The defendant notified her supervising officer of the incident immediately. She advised it was an accident, and she is very remorseful for her actions. The defendant has been verbally reprimanded for not stopping at the time of the incident. As a punitive sanction, it is recommended that the defendant should complete 48 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 48 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Keith W. Lawrence
Keith W. Lawrence
Supervising U.S. Probation Officer

/s/ Corey Rich
Corey Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: March 11, 2026

### ORDER OF THE COURT

Considered and ordered this ____12____ day of ____March____, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge